SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    07 Cr.
                                 :
PHILIP ADAMS,                    :    **07 CRIM 1149**
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

On or about July 16, 2007, in the Southern District of New York, PHILIP ADAMS, the defendant, being an alien who is illegally and unlawfully in the United States, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a Davis Industries P32 model 32 caliber pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(5).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 12 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PHILIP ADAMS,

Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(5))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

12/12/07 Filed Indictment. Case assigned to Judge Sullivan.
A Mag. Judge Katz